FILED - SOUTHERN DIVISION
CLERK, U.S DISTRICT COURT

JUN 2 2 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | SA 12-297M-3 |
| ARMANDO FABIAN HERMOSILLO  DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of __defense counsel__, IT IS ORDERED that a detention hearing is set for __Tuesday, June 26__, __2012__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Jean P. Rosenbluth__, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __6/22/12__

_____
U.S. ~~District Judge~~/Magistrate Judge
**JEAN P. ROSENBLUTH**